IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STEPHANIE MERCIER,<br>AUDRICIA BROOKS, on behalf of<br>themselves and all others similarly<br>situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 12-920 C<br><br>Judge Elaine D. Kaplan |

**PLAINTIFFS' MOTION FOR AN EXPEDITED STATUS CONFERENCE**

Plaintiffs respectfully move this Court, pursuant to Rule 16(a) of the Rules of the United States Court of Federal Claims (RCFC), to convene a status conference at the Court's earliest convenience to address procedures and schedule for discovery and further proceedings in this case.

On May 15, 2015 the United States Court of Appeals for the Federal Circuit issued its ruling in this case, reversing and remanding in part the Court of Federal Claims' decision granting Defendant's Motion to Dismiss. On July 6, 2015, the Court of Appeals issued its mandate, reassigning the case to this court for further proceedings.

RCFC 16(a) provides that a court may, in its discretion, direct attorneys for the parties to appear before it for a conference in order to expedite matters and establish early and continuing control to prevent the case from being protracted. Because of the strong public interest in a prompt and orderly resolution of the case, Plaintiffs request that the Court schedule a status conference at its earliest convenience to address procedures and a schedule for future proceedings. Counsel of

Plaintiffs <u>are</u> available for a status conference on any of the following days during the month of July:  July 20, 23 (after 11:00 a.m.), 27, 28, and 29 (before 4:00 p.m.).

        Respectfully submitted,

        /s/ David M. Cook
        David M. Cook
        **COOK & LOGOTHETIS, LLC**
        22 West 9th Street
        Cincinnati, Ohio 45202
        513.721.0444 – phone
        513.721.1178 – fax
        dcook@econjustice.com
        *Attorney of Record for Plaintiffs*

        Claire W. Bushorn
        Clement L. Tsao
        **COOK & LOGOTHETIS, LLC**
        22 West 9th Street
        Cincinnati, Ohio 45202
        513.721.0444 – phone
        513.721.1178 – fax
        cbushorn@econjustice.com
        ctsao@econjustice.com
        *Of Counsel for Plaintiffs*

        Robert H. Stropp, Jr.
        **MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C.**
        1920 L Street, NW, Suite 400
        Washington, DC 20036
        202.783.0010 – phone
        202.783.6088 – fax
        rstropp@hotmail.com
        *Of Counsel for Plaintiffs*

        E. Douglas Richards
        **E. DOUGLAS RICHARDS, PSC**
        619 Cooper Drive
        Lexington, Kentucky 40502
        859.269.1974 – phone
        866.249.5128 – fax
        edrichards714@yahoo.com
        *Of Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 7, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for all parties.

                                      /s/ David M. Cook
                                      David M. Cook