# In the United States Court of Federal Claims

|  |  |
|---|---|
| STEPHANIE MERCIER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No.  12-920C |
| v. ) | (Filed:   July 13, 2015) |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

A telephonic status conference shall be held on **Thursday, July 23, 2015 at 2:00 p.m. EST**.  Counsel will be contacted in advance of the conference call via email with the AT&T Reservationless Conferencing Service dial-in instructions.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge