# In the United States Court of Federal Claims

| | |
|---|---|
| STEPHANIE MERCIER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>)<br>) | No. 12-920C<br>(Filed: July 23, 2015) |

**ORDER**

As discussed during today's status conference, the parties shall confer with one another in an effort to develop an agreed-upon proposal for further proceedings in this case. Within 30 days, on or before August 24, 2015, the parties shall file their joint proposal for further proceedings, or, if the parties are unable to reach an agreement, they shall each file a separate proposal.

**IT IS SO ORDERED.**

                                                       s/ Elaine D. Kaplan<br>
                                                       ELAINE D. KAPLAN<br>
                                                       Judge