IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEPHANIE MERCIER, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 12-920 |
| | ) | (Judge Kaplan) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO
PLANTIFFS' CONSENT FORMS AND DECLARATIONS

Pursuant to Rule 7 of the Rules of the United States Court of Federal Clams (RCFC), defendant, the United States, respectfully submits this response to Plaintiffs' Notices of Filing Consent Forms and Declarations, ECF Nos. 34-37.[1]

This case has not yet been certified as a class action. Therefore, the filing of such consent forms is premature. As far as we are aware, absent the filing of an amended complaint, there is no authority allowing plaintiffs to add the thirty-three individuals who signed consent forms as plaintiffs to this action. Plaintiffs have not requested our consent to amend their complaint. However, we would not object to a request by plaintiffs to amend their complaint to add these thirty-three individuals as plaintiffs in this action. To the extent that plaintiffs still wish to seek class certification, we reserve our rights to object and request that plaintiffs provide us with a complete description of their purported class so that we may prepare an appropriate response.

---

[1] On July 23, 2015, the Court held a status conference and ordered the parties to confer regarding class certification. The parties are attempting to schedule a time to do so. However, plaintiffs did not contact us before filing their consent forms and declarations. As a result, we have not had the opportunity to express our position on plaintiffs' filings to the Court. Therefore, we are filing this response within the period of time permissible for filing responses to motions.

Respectfully submitted,

BENJAMIN C. MIZNER
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/ Reginald T. Blades, Jr. by Allison Kidd-Miller
REGINALD T. BLADES, JR.
Assistant Director

s/Jessica R. Toplin
JESSICA R. TOPLIN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-0382
Jessica.Toplin@usdoj.gov

August  10, 2015        Attorneys for Defendant