IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| STEPHANIE MERCIER, | ) | |
|---|---|---|
| AUDRICIA BROOKS, DEBORAH | ) | |
| PLAGEMAN, MICHELE GAVIN | ) | |
| on behalf of themselves and all | ) | |
| others similarly situated, | ) | |
| | ) | Case No. 12-920C |
| Plaintiffs, | ) | |
| | ) | Judge Elaine D. Kaplan |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's October 10 and December 21, 2016 orders (ECF Nos. 82 and 102), the parties have conferred regarding the schedule for class discovery in this case. Currently, the parties anticipate that class discovery will involve the depositions of no fewer than 20 witnesses located in 14 cities across the United States. The following proposed class discovery schedule contemplates this anticipated scope of discovery:

| DATE | EVENT |
|---|---|
| January 10, 2017 | Plaintiffs shall serve on defendant any notice of deposition pursuant to Rule 30(b)(6) of the Rules of the Court of Federal Claims (RCFC). |
| January 17, 2017 | Defendant shall disclose to plaintiffs the identity of witnesses who have been designated to testify on its behalf in response to plaintiffs' RCFC 30(b)(6) deposition notice. |
| June 16, 2017 | Class discovery shall close. |

| | |
|---|---|
| No later than 30 days following the close of class discovery | Plaintiffs shall file their motion for class certification. |
| No later than 60 days after plaintiffs file their motion for class certification | Defendant shall file its response to plaintiffs' motion for class certification. |
| No later than 30 days after defendant files its response to plaintiffs' motion for class certification | Plaintiffs shall file their reply in support of their motion for class certification. |

                                                Respectfully submitted,

| | |
|---|---|
| /s/ David M. Cook | BENJAMIN C. MIZER |
| David M. Cook | Principal Deputy Assistant Attorney General |
| Cook & Logothetis, LLC | |
| 22 West Ninth Street | ROBERT E. KIRSCHMAN, JR. |
| Cincinnati, Ohio 45202 | Director |
| Phone: (513) 721-0444 | |
| Fax: (513) 721-1178 | |
| dcook@econjustice.com | s/ Reginald T. Blades, Jr. by Steven J. Gillingham |
| *Attorney of Record for Plaintiffs* | REGINALD T. BLADES, JR. |
| | Assistant Director |
| Clement Tsao | |
| Cook & Logothetis, LLC | |
| 22 West Ninth Street | s/ Alexis J. Echols |
| Cincinnati, Ohio 45202 | ALEXIS J. ECHOLS |
| Phone: (513) 287-6987 | Trial Attorney |
| Fax: (513) 721-1178 | Commercial Litigation Branch |
| ctsao@econjustice.com | Civil Division |
| *Of counsel for Plaintiffs* | Department of Justice |
| | P.O. Box 480 |
| Robert H. Stropp, Jr. | Ben Franklin Station |
| Mooney, Green, Saindon, Murphy & | Washington, D.C. 20044 |
| Welch, P.C. | Telephone: (202) 616-0463 |
| 1920 L Street, N.W., Suite 400 | Fax: (202) 307-2503 |
| Washington, D.C. 20036 | |
| Phone: (202) 783-0010 | JESSICA R. TOPLIN |
| Fax: (202) 783-6088 | Trial Attorney |
| rstropp@hotmail.com | Commercial Litigation Branch |
| *Of counsel for Plaintiffs* | Civil Division |
| | Department of Justice |
| William Michael Hamilton | |
| Provost Umphrey Law Firm LLP | Attorneys for Defendant |
| 4205 Hillsboro Pike, Suite 303 | |
| Nashville, Tennessee 37215 | |
| Phone: (615) 297-1932 | |
| Fax: (615) 297-1986 | |
| mhamilton@provostumphrey.com | |
| *Of counsel for Plaintiffs* | |

E. Douglas Richards
E. Douglas Richards, PSC
619 Cooper Drive
Lexington, KY 40502
Phone: (859) 269-1974
Fax: (866) 249-5128
edrichards714@yahoo.com
*Of counsel for Plaintiffs*

Guy Fisher
Provost Umphrey Law Firm LLP
490 Park Street
Beaumont, Texas 77701
Phone: (409) 203-5030
Fax: (409) 838-8888
gfisher@provostumphrey.com

January 9, 2017